UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
RONALD BENEDETTO, Jr.,              :
                                    :   Civil Action No. 97-2498 (GEB)
              Petitioner,           :
                                    :
         v.                         :       O R D E R
                                    :
Ronald H. Cathel, et al.,           :
                                    :
              Respondents.          :
_____ :

For the reasons set forth in the Opinion filed herewith,

IT IS ON THIS  29th  day of           June          , 2006;

ORDERED that the Petition for a Writ of Habeas Corpus is hereby DISMISSED WITH PREJUDICE as said Petition is untimely; and it is further

ORDERED that no certification shall issue.

                                    s/Garrett E. Brown, Jr.
                                    HONORABLE GARRETT E. BROWN, JR.
                                    Chief United States District Judge